1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    IN RE FRANKLIN MUTUAL FUNDS

13    FEE LITIGATION                              No. MISC 05-408 WBS KJM

14                                                ORDER

15    _____/

16            Defendants' motion to quash subpoena came on regularly for hearing July 13,

17    2005.  Michael Reese and Janine Pollack appeared for plaintiffs.  Daniel Bookin and Jennifer

18    Wang appeared for defendants.  Upon review of the documents in support and opposition, upon

19    hearing the arguments of counsel,[1] and good cause appearing therefor, THE COURT FINDS

20    AND ORDERS AS FOLLOWS:

21            1.  The motion to quash is granted in part and denied in part.  Documents

22    produced by the Attorney General under the subpoena at issue shall be limited at this time to the

23    Templeton Foreign Fund, the Franklin Income Fund and the Franklin Mutual Discovery Fund.

24    _____

25         [1] Following the hearing, the undersigned clarified with Judge Hedges that the discovery
      order he issued on May 9, 2005 in the underlying New Jersey action addressed the relevance of
26    the disputed documents at this stage of the litigation, and was not based on burden to the defense.

                                                 1

1         2.  This order shall be without prejudice to issuance of a new subpoena upon the

2   occurrence of conditions as set forth in paragraph 3 of Judge Hedge's May 9, 2005 order.

3         3.  Production shall be subject to attorneys' eyes only pending issuance of a

4   protective order.

5   DATED:  July 22, 2005.

6

7                              UNITED STATES MAGISTRATE JUDGE

8

9

10  006

11  franklin.mtq

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26